425 A.2d 835

Hart Contractors Inc. v. Paramount Supply Co., Appellant.

Argued November 13, 1979. William D. Anthony, for appellant; Dennis A. Watson, for appellee.

Before CERCONE, P. J., and MONTGOMERY and LI-PEZ, JJ.

Order of the lower court affirmed.